IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Anthony Dean,<br><br>       Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>       Respondents. | No. CV12-534 PHX DGC (MHB)<br><br>**ORDER** |

Petitioner David Anthony Dean has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. United States Magistrate Judge James F. Metcalf has issued a report and recommendation ("R&R") recommending that the petition be denied with prejudice. Doc. 87. In response, Petitioner filed a motion to dismiss this matter "with or without prejudice." Doc. 89 at 1. The Court will accept the R&R, deny the petition with prejudice, and grant Petitioner's motion to dismiss (Doc. 89).

**IT IS ORDERED:**

1. The R&R (Doc. 87) is **accepted**.

2. The petition for writ of habeas corpus (Doc. 1) is **denied with prejudice**.

3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are *denied*

4. The Clerk is directed to **terminate** this action.

Dated this 22nd day of January, 2013.

_____
David G. Campbell
United States District Judge